# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXIS BREANNA WORRELL,<br><br>Defendant. | Case No. 2:23-cr-00178-JAD-EJY<br><br>**ORDER**<br><br>ECF No. 38 |

The Court, having received, reviewed, and considered the Government's Emergency Motion for Stay of Magistrate Judge's Release Orders Pursuant to 18 U.S.C. § 3145(a),

IT IS THEREFORE ORDERED that the Magistrate Judge's orders of release for defendant ALEXIS BREANNA WORRELL issued on October 13, 2023, are stayed until 5:00 p.m. on October 20, 2023, and a hearing on the government's motion for review of detention orders for these defendants is scheduled for October 20, 2023, at 10:30 a.m. Any response on the motion should be filed no later than 5:00 p.m. on October 17, 2023. Any reply should be filed no later than noon on October 19, 2023.

DATED this 16th day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE