# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ALEXIS BREANNA WORRELL,<br><br>  Defendant. | Case No. 2:23-CR-00178-JAD-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING**<br><br>(First Request) |

## FINDINGS OF FACTS

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

This Stipulation is entered into for the following reasons:

1. That counsel for Defendant WORRELL was out of the jurisdiction since January 2025 and only returned to the jurisdiction on May 12, 2025;

2. That additional information is being gathered to support Defendant's position at sentencing and that information may not be available by Juen 2, 2025;

3. That this Honorable Court has indicated a willingness to allow more time to prepare for sentencing in light of the Court's calendar considerations;

4. That Defendant WORRELL is out of custody and does not object to a continuance;

6. That Assistant United States Attorney, DANIEL COWHIG, does not object to a continuance;

7. That this is the first request for a continuance of Sentencing in this case; and

8. That denial of this request for a continuance could result in a miscarriage of Justice.

3

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interests of the public and the Defendant in a speedy trial. The failure to grant said continuance would be likely to result in a miscarriage of justice. The continuance sought herein is excludable under the Speedy Trial Act, Title 18 United States Code Section 3161(h)(3)(A), and Title 18 United States Code Sections 3161(h)(7)(A), considering the factors under Title 18 United States Code Sections 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

## ORDER

IT IS ORDERED that the Sentencing scheduled for June 2, 2025, be vacated and continued to August 4, 2025, at 11:00 a.m. in the above-noted Federal Courthouse.

DATED 22nd day of May, 2025

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

By:   */s/ Lauria Lynch-German*
      Lauria Lynch-German
      Nevada Bar No. 14733
      400 South 4th Street, Suite 650
      Las Vegas, Nevada 89101
      Attorney for Defendant WORRELL