**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>     v.<br><br>ALEXIS BREANNA WORRELL,<br><br>        Defendant. | 2:23-CR-178-JAD-EJY<br><br>**Final Order of Forfeiture** |

      The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); and 18 U.S.C. § 924(d)(1), (2)(C), and (3)(E) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Alexis Breanna Worrell to the criminal offenses, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegations of the Superseding Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which Alexis Breanna Worrell pled guilty. Superseding Criminal Indictment, ECF No. 55; Change of Plea, ECF No. 88; Plea Agreement, ECF No. 89; Preliminary Order of Forfeiture, ECF No. 90.

      This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

      This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from January 16, 2025, through February 14, 2025, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 91.

This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 92.

On January 27, 2025, the United States Attorney's Office attempted to serve Beven Duke at Debussy Way by regular and certified return receipt mail with the Notice and Preliminary Order of Forfeiture. Both mailings were returned attempted – not known and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 92-1, p. 3, 8-15, 17-19.

On January 27, 2025, the United States Attorney's Office served Beven Duke at Elvido Ave. by regular and certified return receipt mail with the Notice and Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 92-1, 3, 8-15, 20-21.

On January 27, 2025, the United States Attorney's Office served Dan's Overton Market, Inc., DBA Overton Ace Hardware, c/o Daniel R. Hopkins, President/Director, at S. Moapa Valley Blvd. by regular and certified return receipt mail with the Notice and Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 92-1, p. 3, 8-15, 22-23.

On January 27, 2025, the United States Attorney's Office served Dan's Overton Market, Inc., DBA Overton Ace Hardware, c/o Daniel Hopkins, President/Director, at PO Box 653 by regular and certified return receipt mail with the Notice and Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 92-1, p. 3, 8-15, 24-25.

On January 27, 2025, the United States Attorney's Office served Dan's Overton Market, Inc., c/o Daniel R. Hopkins, President/Director, S. Moapa Valley Blvd. by regular and certified return receipt mail with the Notice and Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 92-1, p. 3, 8-15, 26-27.

On January 27, 2025, the United States Attorney's Office served Dan's Overton Market, Inc., c/o Karen Hopkins, Registered Agent, at S. Moapa Valley Blvd. by regular

/ / /

and certified return receipt mail with the Notice and Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 92-1, p. 3, 8-15, 28-29.

On January 27, 2025, the United States Attorney's Office served Dan's Overton Market, Inc., c/o Mark Hopkins, Director, at S. Moapa Valley Blvd. by regular and certified return receipt mail with the Notice and Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 92-1, p. 4, 8-15, 30-31.

On January 27, 2025, the United States Attorney's Office served Dan's Overton Market, Inc., c/o Matt Hopkins, Director, at S. Moapa Valley Blvd. by regular and certified return receipt mail with the Notice and Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 92-1, p. 4, 8-15, 32-33.

On January 27, 2025, the United States Attorney's Office served Domineaq Marchell Thomas Wilson at S. Nellis Blvd. by regular and certified return receipt mail with the Notice and Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 92-1, p. 4, 8-15, 34-36.

On January 27, 2025, the United States Attorney's Office served Domineaq Marchell Thomas Wilson at Amanda Creek Ct. by regular and certified return receipt mail with the Notice and Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 92-1, p. 4, 8-15, 37-39.

On January 27, 2025, the United States Attorney's Office served and attempted to serve Gallagher Bassett Services, Inc., ATTN: Legal/Claims, at Golf Road by regular and certified return receipt mail with the Notice and Preliminary Order of Forfeiture. The status of the certified mail is unknown as the post office has the document listed as in transit since February 12, 2025. Neither mailing was returned. Notice of Filing Service of Process – Mailing, ECF No. 92-1, p. 4, 8-15, 40-42.

On January 27, 2025, the United States Attorney's Office served Gallagher Bassett Services, Inc., c/o CT Corporation System, Registered Agent, at S. Carson Street by regular and certified return receipt mail with the Notice and Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 92-1, p. 4, 8-15, 43-45.

On January 27, 2025, the United States Attorney's Office served Gallagher Bassett Services, c/o James Coyle, Property Claims Adjuster, at PO Box 2934 by regular and certified return receipt mail with the Notice and Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 92-1, p. 4, 8-15, 46-47.

On January 27, 2025, the United States Attorney's Office served and attempted to serve Gallagher Bassett Services, Inc., c/o James J. Bond, Director, at Golf Road by regular and certified return receipt mail with the Notice and Preliminary Order of Forfeiture. The status of the certified mail is unknown as the post office has the document listed as in transit since February 6, 2025. Neither mailing was returned. Notice of Filing Service of Process – Mailing, ECF No. 92-1, p. 4, 8-15, 48-50.

On January 27, 2025, the United States Attorney's Office served and attempted to serve Gallagher Bassett Services, Inc., c/o Scott R. Hudson, President & Director, at Golf Road by regular and certified return receipt mail with the Notice and Preliminary Order of Forfeiture. The status of the certified mail is unknown as the post office has the document listed as in transit since February 6, 2025. Neither mailing was returned. Notice of Filing Service of Process – Mailing, ECF No. 92-1, p. 5, 8-15, 51-53.

On January 27, 2025, the United States Attorney's Office served and attempted to serve Joshua Warren Russell at W. Horizon Ridge Pkwy. by regular and certified return receipt mail with the Notice and Preliminary Order of Forfeiture. The certified mail was returned attempted – not known and unable to forward. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 92-1, p. 5, 8-15, 54-56.

On January 27, 2025, the United States Attorney's Office attempted to serve Joshua Warren Russell at King St. by regular and certified return receipt mail with the Notice and Preliminary Order of Forfeiture. Both mailings were returned vacant and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 92-1, p. 5, 8-15, 57-59.

On January 27, 2025, the United States Attorney's Office served Overton Ace Hardware c/o Emily Osborne, Manager, at S. Moapa Valley Blvd. by regular and certified

/ / /

return receipt mail with the Notice and Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 92-1, p. 5, 8-15, 60-61.

On January 27, 2025, the United States Attorney's Office served Overton Ace Hardware c/o Mark Hopkins, Owner, at S. Moapa Valley Blvd. by regular and certified return receipt mail with the Notice and Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 92-1, p. 5, 8-15, 62-63.

On January 27, 2025, the United States Attorney's Office served Overton Ace Hardware, c/o Matt Hopkins, Owner, at S. Moapa Valley Blvd. by regular and certified return receipt mail with the Notice and Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 92-1, p. 5, 8-15, 64-65.

On January 27, 2025, the United States Attorney's Office served and attempted to serve Richard Wolff at State Highway 73 by regular and certified return receipt mail with the Notice and Preliminary Order of Forfeiture. The certified mail was returned unclaimed and unable to forward. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 92-1, p. 5, 8-15, 66-68.

On January 27, 2025, the United States Attorney's Office served Richard Wolff at Wall Street by regular and certified return receipt mail with the Notice and Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 92-1, p. 5, 8-15, 69-70.

On January 27, 2025, the United States Attorney's Office attempted to serve Robbie Pollare at Aspen Hills Cir. by regular and certified return receipt mail with the Notice and Preliminary Order of Forfeiture. Both mailings were returned attempted – not known and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 92-1, p. 6, 8-15, 71-73.

On January 27, 2025, the United States Attorney's Office served and attempted to serve Robbie Pollare at Feather Way by regular and certified return receipt mail with the Notice and Preliminary Order of Forfeiture. The certified mail was returned unclaimed and

/ / /

1  unable to forward. The regular mail was not returned. Notice of Filing Service of Process –
2  Mailing, ECF No. 92-1, p. 6, 8-15, 74-76.

3        On February 11, 2025, the United States Attorney's Office attempted to serve Joshua
4  Russell at Brightwater St. by regular and certified return receipt mail with the Notice and
5  Preliminary Order of Forfeiture. Both mailings were returned attempted – unable to
6  forward. Notice of Filing Service of Process – Mailing, ECF No. 92-1, p. 6, 8-15, 77-79.

7        On February 25, 2025, the United States Attorney's Office served Robbie Pollare at
8  Antelope Way by regular and certified return receipt mail with the Notice and Preliminary
9  Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 92-1, p. 6, 8-
10 15, 80-82; Supplement to NOFSOP, ECF No. 95.

11       No other locations were found to serve Joshua Russell or Robbie Pollare. Under
12 Rule 32.2(b)(6)(C) and Supplemental Rule G(4)(b)(iii)(A), notice was "sent by means
13 reasonably calculated to reach the potential" petitioner.

14       This Court finds no petition was filed herein by or on behalf of any person or entity
15 and the time for filing such petitions and claims has expired.

16       This Court finds no petitions are pending regarding the property named herein and
17 the time has expired for presenting such petitions.

18       THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that
19 all possessory rights, ownership rights, and all rights, titles, and interests in the property
20 hereinafter described are condemned, forfeited, and vested in the United States under Fed.
21 R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1)
22 with 28 U.S.C. § 2461(c); 18 U.S.C. § 924(d)(1), (2)(C), and (3)(E) with 28 U.S.C. § 2461(c);
23 and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

24     1. a Cugir Arms Factory / Century International Arms model WASR-10
25        7.62x39mm semiautomatic rifle bearing serial number 21A1-91621;
26     2. a Shadow Systems model DR920 9x19mm semiautomatic pistol bearing
27        serial number S014096;
28 / / /

     3.     a Glock model G48 9x19mm semiautomatic pistol bearing serial number BZSG948;

     4.     an Armscor / Cimarron model 1911 .45 ACP semiautomatic pistol bearing serial number C014066;

     5.     an Armscor / Cimarron model 1911 .45 ACP semiautomatic pistol bearing serial number C014179;

     6.     a Kimber model 1911 Rapide .45 ACP semiautomatic pistol bearing serial number K884359;

     7.     a Kimber model 1911 Pro CDP .45 ACP semiautomatic pistol bearing serial number KR311923; and

     8.     any and all compatible ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all rights, titles, and interests in the property are extinguished and are not recognized for Alexis Breanna Worrell; Richard Wolff; Overton Ace Hardware; Mark Hopkins; Matt Hopkins; Emily Osborne; Dan's Overton Market, Inc., DBA Overton Ace Hardware; Daniel R. Hopkins; Karen Hopkins; Gallagher Bassett Services; Domineaq Marchell Thomas Wilson; Robbie Pollare; Joshua Warren Russell; Bevan (or Beven) Duke; Scott R. Hudson; and all third parties.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED August 7, 2025.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE